JS-6

1  E. MARTIN ESTRADA
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   MARLA K. LETELLIER (CSBN 234969)
7  Special Assistant United States Attorney
8  Office of Program Litigation, Office 7
   Office of the General Counsel
9  Social Security Administration
10 6401 Security Boulevard
   Baltimore, MD 21235
11 Telephone: (415) 977-8928
12 Marla.Letellier@ssa.gov

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| MARGARITA MELCHOR, | Case No. 5:24-cv-00381-SHK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

[~~Proposed~~] Judgment                Page 1

COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 10/7/2024

HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE