UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| MARGARITA MELCHOR, | ) | No: 5:24-cv-00381-SHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AWARDING |
| v. | ) | EAJA FEES |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED SIXTY-THREE DOLLARS AND 75/100 ($4,563.75) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  11/26/2024   _____

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE